

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**
312 North Spring Street, Room G-8 Los
Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

SHERRI R. CARTER
District Court Executive
and Clerk of Court

Wednesday, September 19, 2007

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

RAYMOND GREEN
CDC#E68189
P. O. BOX 689
SOLEDAD, CA 93960-0689

Dear Sir/Madam:

Your petition has been filed and assigned civil case number    CV07- 6066 GHK (FFM)

Upon the submission of your petition, it was noted that the following discrepencies exist:

[X] 1. You did not pay the appropriate filing fee of $5.00. Submit a cashier's check, certified bank check, business or corporate check, government issued check, or money order drawn on a major American bank or the United States Postal Service payable to 'Clerk U.S. District Court'. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's Declaration In Support of Request to Proceed In Forma Pauperis in its entirety. The Clerk's Office will also accept credit cards (Mastercard, Visa, Discover, American Express) for filing fees and miscellaneous fees. Credit card payments may be made at all payment windows where receipts are issued.

[X] 2. The Declaration in Support of Request to Proceed in Forma Pauperis is insufficient because:

   [X] (a) You did not sign your Declaration in Support of Request to Proceed in Forma Pauperis.

   [X] (b) Your Declaration in Support of Request to Proceed in Forma Pauperis was not completed in its entirety.

   [X] (c) You did not submit a Certificate of Prisoner's Funds completed and signed by an authorized officer at the prison.

   [ ] (d) You did not use the correct form. You must submit this court's current Declaration in Support of Request to Proceed in Forma Pauperis.

   [ ] (e) Other: _____

Enclosed you will find this court's current Prisoner's Declaration in Support of Request to Proceed in Forma Pauperis, which includes a Certificate of Funds in Prisoner's Account Form.

                                    Sincerely,

                                    Clerk, U.S. District Court
                                        CSAWYER
                                    By: _____
                                        Deputy Clerk

CV-111 (07/06)         NOTICE re: DISCREPENCIES FOR FILING OF HABEAS CORPUS PETITION