9-6-07

Theys, Moneys Are From. Raymond Green for filing fee.

My Address; 1-East 68189-G
345 Low      P.O. Box-689
Soladad, California
939-60-068

To. patition for writ of habeas CORPus

for. Raymond Green on 9-6-07

1. Origonal And 2. Copys

017299

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 11 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Paid by: RAYMOND GREEN
2:CV07-06066
2007-086900         Writ Habeas Corpus(1)
Amount :                           $5.00

M.O. Payment : 8750 /        5.00
Total Payment :              5.00

