# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## (Western Division - Los Angeles)
### CIVIL DOCKET FOR CASE #: 2:07-cv-06066-GHK-FFM

Raymond Green v. Ben Curry et al
Assigned to: Judge George H. King
Referred to: Magistrate Judge Frederick F. Mumm
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 09/18/2007
Date Terminated: 10/11/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Raymond Green**     represented by     **Raymond Green**
CDC E-68189
Correctional Training Facility
P O Box 689
Soledad, CA 93960-0689
PRO SE

V.

**Respondent**

**Ben Curry**
*Warden (A)*

**Respondent**

**Govenor A Schwarezengger**

**Respondent**

**The Attorney General of California**



I hereby attest and certify on 10-12-07 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY CLERK

| Date Filed | # | Docket Text |
|---|---|---|
| 09/18/2007 | 1 | PETITION for Writ of Habeas Corpus by a Person In State Custody (28:2254). Case assigned to Judge George H. King and referred to Magistrate Judge Frederick F. Mumm. (Filing fee $ 5. DUE.), filed by Petitioner Raymond Green. (et) (Entered: 09/25/2007) |
| 09/18/2007 | 2 | NOTICE OF REFERENCE TO A U.S. MAGISTRATE JUDGE. Pursuant to the provisions of the Local Rules, the within action has been assigned to the calendar of Judge George H. King and referred to Magistrate Judge Frederick F. Mumm to consider preliminary matters and conduct all further matters as appropriate. The Court must be notified within 15 days of any change of address. (et) (Entered: 09/25/2007) |

| 09/20/2007 | | FINANCIAL ENTRY: Received $5.00 into the registry of the Court from Petitioner Raymond Green. (pcl) (Entered: 09/25/2007) |
|---|---|---|
| 10/11/2007 | 3 | ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA by Judge George H. King: IT IS ORDERED that the Clerk of this Court transfer this matter to the United States Court for the Northern District of California. IT IS FURTHER ORDERED that the Clerk of this Court serve a copy of this Order upon petitioner and upon the California Attorney General. (See document for further details.) (MD JS-6. Case Terminated.)(mr) (Entered: 10/12/2007) |
| 10/12/2007 | | TRANSMITTAL of documents all original documents except Order of Transfer which is related; cc copy of Order, docket sheet and letter of transfer. (mr) (Entered: 10/12/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/12/2007 15:36:46 | | | |
| PACER Login: | us3877 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:07-cv-06066-GHK-FFM |
| Billable Pages: | 1 | Cost: | 0.08 |