```
1  RAYMOND GREEN
   CDCR#E-68189
2  CORRECTIONAL TRAIN.FAC.
   PO BOX 689
3  SOLEDAD,CA 93960-0689
```



FILED
2008 APR 14 PM 2:31
CLERK
NORTHERN DISTRICT COURT
CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND GREEN,<br>PETITIONER,<br><br>VS.<br><br>BEN CURRY,WARDEN(A)et al.,<br>RESPONDENTS. | CASE No.CV 07-05301 SBA<br><br>MOTION AND DECLARATION FOR<br>APPOINTMENT OF COUNSEL |

PETITIONER,RAYMOND GREEN,MOVES THE COURT FOR AN ORDER APPOINTING COUNSEL AT PUBLIC EXPENSE.28 USC § 1915(d); 18 USC § 300A. COUNSEL SHOULD BE APPOINTED BECAUSE THE ISSUES WITHIN THIS CASE ARE PARTICULARLY COMPLEX,AND PETITIONER'S 1st FEDERAL HABEAS PETITION.SEE, **SLACK V.McDANIEL**,529 U.S.473,483,120 S.Ct.1595,146 L.Ed 2d 542(2000)("THE WRIT OF HABEAS CORPUS PLAYS A VITAL ROLE IN PROTECTING CONSTITUTIONAL RIGHTS.").I,DECLARE UNDER PENALTY OF PERJURY AND PURSUANT TO THE LAWS OF THE STATE OF CALIFORNIA AND PURSUANT TO THE LAWS OF THE UNITED STATES IN ACCORDANCE WITH TITLE 28 USC § 1746,THAT THE FOREGOING FACTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE,BELIEF,AND UNDERSTANDING.EXECUTED ON ____ 10th day of APRIL ____, 2008,IN THE CITY OF SOLEDAD,COUNTY OF

1 of 2 pages

ORIGINAL

1  MONTEREY CALIFORNIA.

2                                RESPECTFULLY SUBMITTED,

3                                _____
                                 RAYMOND GREEN
4

**UNITED STATES DISTRICT COURT**
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

October 23, 2007

CASE TITLE:   RAYMOND GREEN-v-BEN CURRY, ET AL.
RECEIVED FROM: Central District of California

CASE NUMBER:   CV 07-05301 SBA

TO COUNSEL OF RECORD:

The above entitled action has been transferred to this District. All future filings should reflect the above case number.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Kelly Collins
Case Systems Administrator

o:\mrg\civil\transin.mrg

Raymond Green    E-68189
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960-0689

SANDRA B, ARMSTRONG
CV07-05301 SBA

510-637-3541

RAYMOND GREEN,#E-68189
CTF PO BOX 689 GWING 345up
SOLEDAD,CA 93960-0689



CLERK,UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST.,STE 4005
OAKLAND,CA 94612

**LEGAL MAIL**

```
 1  RAYMOND GREEN
    CDCR#E-68189
 2  CORRECTIONAL TRAIN.FAC.
    PO BOX 689
 3  SOLEDAD,CA 93960-0689
```



FILED
2008 APR 14 PM 2:31
CLERK
NORTHERN DISTRICT COURT
CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND GREEN,<br>PETITIONER,<br><br>VS.<br><br>BEN CURRY,WARDEN(A)et al.,<br>RESPONDENTS. | CASE No.CV 07-05301 SBA<br><br>MOTION AND DECLARATION FOR<br>APPOINTMENT OF COUNSEL |

PETITIONER,RAYMOND GREEN,MOVES THE COURT FOR AN ORDER APPOINTING COUNSEL AT PUBLIC EXPENSE.28 USC § 1915(d); 18 USC § 300A. COUNSEL SHOULD BE APPOINTED BECAUSE THE ISSUES WITHIN THIS CASE ARE PARTICULARLY COMPLEX,AND PETITIONER'S 1st FEDERAL HABEAS PETITION.SEE, **SLACK V.McDANIEL**,529 U.S.473,483,120 S.Ct.1595,146 L.Ed 2d 542(2000)("THE WRIT OF HABEAS CORPUS PLAYS A VITAL ROLE IN PROTECTING CONSTITUTIONAL RIGHTS.").I,DECLARE UNDER PENALTY OF PERJURY AND PURSUANT TO THE LAWS OF THE STATE OF CALIFORNIA AND PURSUANT TO THE LAWS OF THE UNITED STATES IN ACCORDANCE WITH TITLE 28 USC § 1746,THAT THE FOREGOING FACTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE,BELIEF,AND UNDERSTANDING.EXECUTED ON____ _10th_ day of _APRIL_____, 2008,IN THE CITY OF SOLEDAD,COUNTY OF

1 of 2 pages

ORIGINAL

MONTEREY CALIFORNIA.

                        RESPECTFULLY SUBMITTED,

                        *[signature]*
                        RAYMOND GREEN

**UNITED STATES DISTRICT COURT**
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

October 23, 2007

CASE TITLE:   RAYMOND GREEN-v-BEN CURRY, ET AL.
RECEIVED FROM: Central District of California

CASE NUMBER:   CV 07-05301 SBA

TO COUNSEL OF RECORD:

The above entitled action has been transferred to this District. All future filings should reflect the above case number.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Kelly Collins
Case Systems Administrator

o:\mrg\civil\transin.mrg

Raymond Green    E-68189
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960-0689

SANDRA B. ARMSTRONG
CV07-05301 SBA

510-637-3541

RAYMOND GREEN,#E-68189
CTF PO BOX 689 GWING 345up
SOLEDAD,CA 93960-0689



CLERK,UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST.,STE 4005
OAKLAND,CA 94612

**LEGAL MAIL**