1  RAYMOND GREEN
   CDCR#E-68189
2  CORRECTIONAL TRAIN.FAC.
   PO BOX 689
3  SOLEDAD, CA 93960-0689

FILED
2008 APR 14 PM 2:31
CLERK... NG
NORTHERN... COURT
CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND GREEN,<br>PETITIONER, | CASE No. CV 07-05301 SBA |
| VS. | REQUEST LEGAL DISPOSITION |
| BEN CURRY, WARDEN(A) et al.,<br>RESPONDENTS. | |

PETITIONER, RAYMOND GREEN REQUEST LEGAL DISPOSITION OF THE ABOVE CASE# AND LEGAL DOCUMENT ATTACHED. AND THE COURT'S COOPERATION IN THIS MATTER IS GREATLY APPRECIATED.

DATED: 04-10-08

RESPECTFULLY REQUESTING, AND SUBMITTED,

RAYMOND GREEN

ORIGINAL

1.

**PROOF OF SERVICE BY MAIL**
BY PERSON IN STATE CUSTODY
(C.C.P. §§ 1013(A), 2015,5)

I, RAYMOND GREEN                              , declare:

I am over 18 years of age and I am party to this action. I am a resident of CORRECTIONAL TRAINING FACILITY prison, in the County of Monterrey, State of California. My prison address is:

RAYMOND GREEN            , CDCR #: E-68189
CORRECTIONAL TRAINING FACILITY
P.O. BOX 689, CELL #: GWING 345up
SOLEDAD, CA 93960-0689.

On APRIL 10th 2008              , I served the attached:

REQUEST LEGAL DISPOSITION IN CASE#CV-07-05301 SBA WITH

MOTION & DECLARATION FOR APPOINTMENT OF COUNSEL

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follows: CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA 1301 CLAY ST., STE 4005, OAKLAND, CA 94612

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on APRIL 10th 2008.

**ORIGINAL**

RAYMOND GREEN
Declarant