IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAYMOND GREEN,

    Petitioner,

  v.

BEN CURRY, Warden,

    Respondent.

No. C 07-05301 SBA (PR)

**ORDER GRANTING PETITIONER'S MOTION TO SCREEN PETITION**

    Petitioner has also filed a document entitled "Request Legal Disposition," which the Court will construe as a motion to screen his petition. The Court GRANTS Petitioner's motion to screen. The Court has reviewed Petitioner's habeas petition in a separate written Order entitled, "Order to Show Cause," dated May 15, 2008.

    This Order terminates Docket no. 3.

    IT IS SO ORDERED.

Dated: 7/1/08

SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\HC.07\Green5301.GRANTscreen.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RAYMOND GREEN,

        Plaintiff,

  v.

BEN CURRY, ET AL. et al,

        Defendant.

Case Number: CV07-05301 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raymond Green E-68189
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960-0689

Dated: July 2, 2008

                Richard W. Wieking, Clerk
                By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.07\Green5301.GRANTscreen.wpd