1
2
3
4          IN THE UNITED STATES DISTRICT COURT
5       FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7
RAYMOND GREEN,                          No. C 07-05301 SBA (PR)
8
          Petitioner,              **ORDER DENYING STAY PENDING**
9                                  **ISSUANCE OF MANDATE IN**
   v.                              **HAYWARD v. MARSHALL; GRANTING**
10                                 **RESPONDENT'S REQUEST FOR**
BEN CURRY, Warden,                 **EXTENSION OF TIME TO FILE**
11                                 **ANSWER**
          Respondent.
12 _____/

13      Petitioner, a state prisoner, has filed a petition for a writ of habeas corpus pursuant to 28

14 U.S.C. § 2254 challenging the denial of parole by the California Board of Parole Hearings.  The

15 Court issued an order to show cause.

16      On May 16, 2008, the Ninth Circuit granted en banc review in Hayward v. Marshall.

17 Hayward v. Marshall, 512 F.3d 536 (9th Cir. 2008), reh'g en banc granted, No. 06-55392, slip op.

18 5923 (9th Cir. May 16, 2008).  The issues in Hayward include whether: (1) the district court must

19 issue a Certificate of Appealability for the Ninth Circuit to have appellate jurisdiction; (2) prisoners

20 have a constitutionally protected liberty interest in parole; and (3) if a liberty interest is created, what

21 process is due under clearly established Supreme Court authority.  (Hayward Resp't Brief at 1.)

22      Before the Court is Respondent's motion to stay proceedings until the mandate in Hayward is

23 issued.

24      Habeas proceedings "implicate special considerations that place unique limits on a district

25 court's authority to stay a case in the interests of judicial economy."  INS v. Yong, 208 F.3d 1116,

26 1120 (9th Cir. 2000).  "A long stay . . . threatens to create the perception that courts are more

27 concerned with efficient trial management than with the vindication of constitutional rights."  Id.

28

**United States District Court**
For the Northern District of California

United States District Court
For the Northern District of California

1    Oral argument was heard in <u>Hayward</u> on June 24, 2008.  Subsequently, on July 10, 2008,

2    Ninth Circuit Chief Judge Alex Kozinski directed the parties to file supplemental briefing by July

3    18, 2008 in light of "the Court's decision to rehear this case en banc pursuant to Circuit Rule 35-3,

4    and the discussion and apparent non-objection of the parties at oral argument that [the Court] should

5    vacate and defer submission pending the California Supreme Court's decisions in <u>In re Lawrence</u>,

6    No. S154018 (Cal. argued June 4, 2008), and <u>In re Shaputis</u>, No. S155872 (Cal. argued June 4,

7    2008) . . . ."  (<u>Hayward</u> July 10, 2008 Order at 1.)  On August 21, 2008, the California Supreme

8    Court issued decisions in <u>In re Lawrence</u> and <u>In re Shaputis</u>.  Recently, the Ninth Circuit directed the

9    appellant in <u>Hayward</u> to file supplemental briefing by October 8, 2008 addressing the application of

10   these two California Supreme Court decisions to <u>Hayward</u>.  The appellee in <u>Hayward</u> was directed

11   to file a reply brief by October 29, 2008.  In light of the procedural posture of the <u>Hayward</u> appeal,

12   the Court finds that the estimated time frame for the Ninth Circuit's issuance of a mandate in

13   <u>Hayward</u> is too indefinite to warrant a stay of the proceedings in this matter.

14   Accordingly, the request for a stay is hereby DENIED.

15   Also before the Court is Respondent's request for an extension of time in which to respond to

16   the petition, pending resolution of the motion to stay.  Good cause appearing, the request is hereby

17   GRANTED.

18   Within **twenty (20) days** Respondent shall file with this Court and serve upon Petitioner an

19   Answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing

20   cause why a writ of habeas corpus should not be issued.  Respondent shall file with the Answer a

21   copy of all portions of the relevant state records that have been transcribed previously and that are

22   relevant to a determination of the issues presented by the petition.

23   If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with the

24   Court and serving it on Respondent within **thirty (30) days** of his receipt of the Answer.  Should

25   Petitioner fail to do so, the petition will be deemed submitted and ready for decision **thirty (30) days**

26   after the date Petitioner is served with Respondent's Answer.

27

28

2

Respondent may file a motion to dismiss on procedural grounds in lieu of an Answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases.  If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition to the motion within **thirty (30) days** of receipt of the motion, and Respondent shall file with the Court and serve on Petitioner a reply within **fifteen (15) days** of receipt of any opposition.

It is Petitioner's responsibility to prosecute this case.  Petitioner must keep the Court and Respondent informed of any change of address and must comply with the Court's orders in a timely fashion.  Petitioner must also serve on Respondent's counsel all communications with the Court by mailing a true copy of the document to Respondent's counsel.

Extensions of time are not favored, though reasonable extensions will be granted.  Any motion for an extension of time must be filed no later than **ten (10) days** prior to the deadline sought to be extended.

This Order terminates Docket no. 7.

IT IS SO ORDERED.

DATED: 9/18/08

SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\HC.07\Green5301.denySTAY(Hayward).wpd

**United States District Court**
For the Northern District of California

1

2    UNITED STATES DISTRICT COURT

3    FOR THE

4    NORTHERN DISTRICT OF CALIFORNIA

5

6

7    RAYMOND GREEN,                          Case Number: CV07-05301 SBA

8              Plaintiff,                    **CERTIFICATE OF SERVICE**

9        v.

10   BEN CURRY, ET AL. et al,

11            Defendant.

_____/

12

13   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
     Court, Northern District of California.

14

15   That on September 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said
     copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
     envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
16   located in the Clerk's office.

17

18

19   Raymond Green E-68189
     Correctional Training Facility
20   P.O. Box 689
     Soledad, CA 93960-0689
21
     Dated: September 22, 2008
22
                                             Richard W. Wieking, Clerk
23                                           By: LISA R CLARK, Deputy Clerk

24

25

26

27

28
     P:\PRO-SE\SBA\HC.07\Green5301.denySTAY(Hayward).wpd

**United States District Court**
For the Northern District of California