IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND GREEN,<br><br>    Petitioner,<br><br>v.<br><br>B. CURRY,<br><br>    Respondent. | No. C 07-05301 SBA (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME; DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY** |

Petitioner's habeas petition challenging the denial of parole in 2005 conviction in the state courts was denied on its merits.  Petitioner has filed a motion for an extension of time in which to file a notice of appeal, a notice of appeal, and a request for a certificate of appealability.

Good cause appearing, the request for an extension of time is GRANTED.

A certificate of appealability is now required in order to appeal the denial of a habeas petition challenging a parole decision.  See Hayward v. Marshall, No. 06-55392, 2010 WL 1664977, at *5 (9th Cir. Apr. 22, 2010) (en banc).  For the reasons expressed in the order denying the petition, petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right."  Slack v. McDaniel, 529 U.S. 473, 484 (2000).  This conclusion is not altered by the decision announced in Hayward.  Accordingly, the request for a certificate of appealability is DENIED.

The Clerk shall forward this order, along with the case file, to the United States Court of Appeals for the Ninth Circuit, from which Petitioner may also seek a certificate of appealability.  See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

This Order terminates Docket nos. 16 and 18.

IT IS SO ORDERED.

DATED: 5/17/10

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

\PRO-SE\SBA\HC.07\Green5301.denyCOA.wpd

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  RAYMOND GREEN,
                                                Case Number: CV07-05301 SBA
5              Plaintiff,
                                                **CERTIFICATE OF SERVICE**
6     v.

7  BEN CURRY, ET AL. et al,

8              Defendant.
                                           /
9

10  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11

12  That on May 17, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

13

14

15

16  Raymond Green E-68189
    Correctional Training Facility
17  P.O. Box 689
    Soledad, CA 93960-0689
18
    Dated: May 17, 2010
19
                                   Richard W. Wieking, Clerk
20                                 By: LISA R CLARK, Deputy Clerk

21

22

23

24

25

26

27

28

\PRO-SE\SBA\HC.07\Green5301.denyCOA.wpd        2